**HELD et al. v. LIST LAUNDRY & DRY CLEANERS, Inc.**

No. 3603.

Court of Civil Appeals of Texas. El Paso.

Oct. 21, 1937.

Joe Newman, of Longview, for appellants.

M. Neal Smith, of Longview, for appellee.

HIGGINS, Justice.

In this case no briefs have been filed. It is therefore ordered the appeal be dismissed.

Dismissed.